FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 MAY 18 PM 4: 46
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CR606-026 |
| KRYSTAL COLLINS, ) | |
| Defendant. ) | |

## ORDER

Application for leave of absence has been requested by Tom W. Everett for the period of Friday, June 1, 2007 through and including Tuesday, June 12, 2007.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this 18th day of May, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA